1
2
3
4
5
6
7
8
9
10
11
12

United States District Court
Northern District of California

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEILA GRACE FRAUENHOLTZ,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendant.

Case No. 22-cv-08953-HSG

**SCHEDULING ORDER**

A case management conference was held on March 21, 2023.  Having considered the parties' proposals, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | April 28, 2023 |
| Deadline for Defendant to Produce Administrative Record | March 17, 2023 |
| Non-Dispositive Motion Hearing Deadline | October 12, 2023, at 2:00 p.m. |
| Cross-Motions for Summary Judgment | October 13, 2023 |
| Oppositions to Cross-Motions for Summary Judgment | November 13, 2023 |
| Proposed Conclusions of Law and Findings of Fact | December 1, 2023 |
| Bench Trial / Hearing on Cross-Motions for Summary Judgment | December 14, 2023 at 10:00 a.m. |

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good

2   cause.  The parties are directed to review and comply with this Court's standing orders.

3    **IT IS SO ORDERED.**

4   Dated:  4/11/2023

5   _____
    HAYWOOD S. GILLIAM, JR.

6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2